AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

United States of America

V.

Debra J. Curran

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

03-40252-NMG

TO: (Name and address of defendant)

Debra J. Curran
223 New Boston Road
Sturbridge, MA 01566

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher R. Donato, Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way-Suite 9200
Boston, MA 02210

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

_November 18, 2003_
DATE

Kathleen Hassett
(BY) DEPUTY CLERK

This form was electronically produced by Elite Federal Forms, Inc.

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 11/25/2003 |
| NAME OF SERVER (PRINT)<br>Sean M. Weddeke | TITLE<br>Deputy U.S. Marshal |

*Check one box below to indicate appropriate method of service*

[x] Served personally upon the defendant. Place where served:
223 New Boston Rd., Sturbridge, MA  01566

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/25/03
          Date                         Signature of Server

Address of Server
UNITED STATES MARSHALS SERVICE
HAROLD D. DONOHUE FEDERAL BLDG.
595 MAIN STREET
WORCESTER, MA 01608

(1) As to who may serve a summons see Rule 4 the Federal Rules of Civil Procedure.

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Debra J. Curran | Summons & Complaint |

FILED
IN CLERKS OFFICE
2003 DEC -3  A 8: 38
U.S. DISTRICT COURT
DISTRICT OF MASS.

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Debra J. Curran

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
223 New Boston Road, Sturbridge, MA 01566

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Christopher R. Donato, AUSA
U.S. Attorney's Office
1 Courthouse Way-Suite 9200
Boston, MA  02210

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
*Christopher R. Donato*

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 617 748 3303
DATE: 11-18-03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 038 | District to Serve No. 038 | Signature of Authorized USMS Deputy or Clerk *Keith E. May* | Date 11/18/03 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 11/25/03
Time: 5:30 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)