FILED
IN CLERKS OFFICE

United States of America  (Plaintiff)          Case # 03-40252
                V.
 Debra J Curran (Defendant)                     12-12-03

To Christopher R Donato ,Assist U.S.Attorney
U.S.  Attorney's Office
1 Courthouse Way –Suite 9200
Boston Mass 02210

1.  I am in agreement with fact 1 that The United States Federal Court in Worcester
    County Mass has jurisdiction.

2.  The Plaintiff is understood to be the United States of America.

3.  I am the Defendant and I do reside at 223 New Boston Rd Sturbridge mass 01566

4.  I did secure a loan for the property from the plaintiff. Exhibit A

5.  I agree with what the real estate mortgage provides. Exhibit B

6.  Ronald frank has deeded his interest in the property to me.

7.  I have never received the form RD 3550-12 made on 10-96

8.  There is no Form RD3550-12 to be found due to never having signed one.

9.  In this section I am not in agreement with the plaintiff due to the incompetence of
    the USDA record keeping it is unclear as to what and how money was distributed
    to my account. Exhibits C and D

10. There is no XIII on your exhibit C

11. I did inquire in early August as why and what was going on with my mortgage I receive three different answers and was sent a payoff notice by one of the people I spoke to about my problem. Exhibit C

12. I did receive the letter as stated Exhibit C

13. I did payoff the mortgage in early September 2001 and sent another payment statement on 9-26-01 Exhibit D

14. I am not the professional and four employees of the United States department of housing signed and released my mortgage. They are employees and should all know how to do their jobs. I am not an employee and I am not a lawyer I am a layperson and should not be required to know and understand what requirements are filled or need to be filled. Exhibit E

15. I was told by the plaintiff to record the papers that were sent to me. I did bring the papers to the courthouse on my next day off because anyone with any kind of understanding would bring it before you lose or it gets destroyed. Exhibit F

16. I the defendant refused to reinstate the mortgage due to their inability to be consistent about various questions I have had. In regards to why and how different questions are always answered differently. All exhibits

17. Why does equity require it be reinstated? Why does the mortgage need to be reinstated? How am I to know what the plaintiff will state I owe if it is reinstated.

18. Here is a synopsis of the facts, as I believe them to be.

19. Some time in 1998 I noticed my payments were not being credited to my account as they were supposed to be. Exhibit C

20. I called the rural housing to inquire as to why this was happening. I was told not to worry it would save me money even though no interest was being paid. I then called the Gardner office and asked about it and was told it was a 33 year loan and I would be paying for 33 years even if my balance was not correct.

21. I asked for a list of payments made to my account and the amount owed so I could check my account attached is that payoff notice. That they sent-Dated 2-25-99 $93,105 Exhibits C

22. I again noticed it seemed incorrect so I again called and was told it was fine and I asked why interest was not being subtracted and asked for another payoff. -Dated 2-26-01 $86,813. Exhibit C

23. In August I was paying the last payment and called to inquire as to why and was told it was normal and not to worry and they sent another payoff dated 8-7-01-$84461. Exhibits C

24. On August 21st 2001 I received another payoff amount and was told it was $79,693.Exhibits C

25. On Sept 25th 2001 I received another payoff stating it was $39,551. Exhibits C

26. I faxed another paper for the appraisal that was needed to the office in St Louis that was handling the case Exhibit F

27. The very next day I received the discharge notice telling me it had to be recorded at the Worcester registry of deeds. Exhibit G

28. I then called the Rural Housing department in St Louis and was told that It had not came thru their office but it wouldn't have been sent if it wasn't released.

29. Since this is a very important document I did bring it to the registry as told too as in the attached letter on my next day off Oct 2nd 2001 Exhibit H

30. Then on October 5th 2001 I received another payoff stating I owed 32,163. or I could pay 24,122, if paid by Nov 24th 2001 I was totally confused as to way this was sent. Since it was released. Attachment C

31. In early November I went for a loan to pay off a second mortgage I had and do home repairs

32. At the end of November I received a call saying there was an error and they wanted the release back, which was already entered.

33. I had received an equity loan. In the interim

34. On 1-12 or 13, 2202 I went to a meeting with some people Peter P Laurenza and David Tuttle from U.S. Rural Housing and was told to either sign the Reinstatement of mortgage or they would force me to by court and It would be costly to me. Exhibit I

35. I told them that a lawyer told I that since it was their error they should pay for the lawyer for me to have him check what I was signing.

36. I feel since they cannot agree with any one figure that I owe. For me to sign a reinstatement would not be in my best interest. With out legal representation. I feel it is not my fault and the United State Governments mishandling of my mortgage they are responsible to pay the costs of the lawyer and the cost of the discharge and any other costs attributed to this case. Exhibits C and  Exhibits J where errors are still showing 5 months later.

37. I am respectfully asking for the following to be granted to the defendant.

    a. I request the plaintiff pay for all legal costs and other costs associated with hearing this case due to the plaintiffs incompetency to be consistence with answers and actions. The plaintiff is entirely at fault for any and all problems associated with the above named case.

    b. I would also respectfully request the above case be discharged due to plaintiff's failure to file in a timely manner.

c.  I would also like to ask for a discharge of this case due to the plaintiff's available funds it is not feasible to believe any defendant could defend itself in a proper manner that allows for a fair hearing.

d.  I ask if this hearing continues to trial I be allowed a jury trial.

e.  Here is a list of my requested witnesses;

Susan E Bourque--USDA rural housing assistant
Peter P Laurenza –USDA rural housing specialist
David Tuttle –USDA State director
William Gouzounis -USDA Asst State Director
Barbara Warczycki- USDA St.Louis Mo
Patty Dymik 211 New Boston Rd Sturbridge Mass 01566
Lydon S Nichols USDA Manager
Sharon Lamb USDA Acting Supervisor payoff unit CSC
Michael Sullivan United State attorney general

38. I am also requesting the following public records for the following USDA homes on New Boston Rd   Sturbridge Mass O1566 any home between 205, and 225.and any on Hamilton Rd Sturbridge Mass. That were on USDA or are now on USDA

39. I therefore ask the court to deny the plaintiffs requests. They are the cause of these requests due to their mishandling and inability to be knowledgeable in their professional positions, which they have held for numerous years. This is gross negligence on the plaintiffs ability to perform their duties in their position..

Dated 12-12-03
Debra Curran        Signed _____
223 New Boston Rd   Date __12-10-03__
Sturbridge Mass 01566
1-508-347-5997



Form FmHA 440-16
(Rev. 11-10-75)

UNITED STATES DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION

| KIND OF LOAN | | |
| --- | --- | --- |
| Type: RH 502 | | |

Pursuant to:
☐ Consolidated Farm and Rural Development Act.
☒ Title V of the Housing Act of 1949.

**PROMISSORY NOTE**

STATE
MASSACHUSETTS
COUNTY
WORCESTER
CASE NO.
25-14-572334479

PAID IN FULL - FmHA  Date July 26 , 19 82

FOR VALUE RECEIVED, the undersigned (whether one or more persons, herein called "Borrower") jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration,

United States Department of Agriculture, (herein called the "Government") at its office in ................................

.................................... HOLDEN, MASSACHUSETTS ......................................... ,

THE PRINCIPAL SUM OF ..FIFTY THOUSAND AND NO/100-------

DOLLARS ($ ...50,000.00------......................................... ), plus **INTEREST** on the **UNPAID PRINCIPAL** of

THIRTEEN AND ONE HALF................ PERCENT ( ..13-1/2.. %) PER ANNUM.

Payment of the said Principal and Interest shall be as agreed between the Borrower and the Government using one of four alternatives as indicated below: (check one)

☐ I.   Principal and Interest payments shall be deferred. The first installment shall be all accrued interest and shall be due

on .......................................... , 19 .... . Payment of Principal and later accrued Interest shall be in ................ installments as indicated in the box below;

☒ II.   Principal and Interest payments shall be deferred. The interest accrued to ....November................... , 19 .82.

shall be added to the Principal. Such new Principal and later accrued Interest shall be payable in ...392............ regular amortized installments on the dates indicated in the box below. Borrower authorizes the Government to enter the amount of

such new Principal herein $...50,036.34.......................... and the amount of such regular installments in the box below, when such amounts have been determined.

☐ III.   Payment of Interest shall not be deferred. Installments of accrued Interest shall be payable on the ....................

of each ...................... beginning on .................................... , 19...., through........................... , 19 ...,

Principal and later accrued Interest shall be paid in ........................... installments as indicated in the box below;

☐ IV.   Payments shall not be deferred. Principal and Interest shall be paid in ................ installments as indicated in the box below:

$ ..571.00........ .................................. on ......December 26.................... , 19 82. ,and

$ ..571.00...................................thereafter on the.................26th.........of each ..MONTH......
until the **PRINCIPAL** and **INTEREST** are fully paid except that the **FINAL INSTALLMENT** of the entire indebtedness

evidenced hereby, if not sooner paid, shall be due and **PAYABLE** ..THIRTY THREE.......... ( ....33............. ) **YEARS** from the **DATE** of this **NOTE**. The consideration herefor shall support any agreement modifying the foregoing schedule of payments.

*Position 2*                    FmHA 440-16 (Rev. 11-10-75)



BOO· 7518 PAGE 66

USDA-FmHA
Form FmHA 427-1 MA
(Rev. 10-21-80)

## REAL ESTATE MORTGAGE DEED FOR MASSACHUSETTS

PAID IN FULL  FmHA

THIS MORTGAGE is made and entered into by _____ Ronald J. Frank, Jr. and Debra J. Frank,

husband and wife

residing in _____ Worcester _____ County, State of _____ Massachusetts

whose post office address is __ Lot #2 New BOston Road Strubridge

herein called "Borrower," and: _____ , in said State,

WHEREAS Borrower is indebted to the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture, herein called the "Government," as evidenced by one or more promissory note(s) or asssumption agreement(s), herein called "note," which has been executed by Borrower, is payable to the order of the Government, authorizes acceleration of the entire indebtedness at the option of the Government upon any default by Borrower, and is described as follows:

| Date of Instrument | Principal Amount | Annual Rate of Interest | Due Date of Final Installment |
|---|---|---|---|
| July 26, 1982 | $50,000.00 | 13 1/2% | July 26, 2015 |

(If the interest rate is less than _____% for farm ownership or operating loan(s) secured by this instrument, then the rate may be changed as provided in the note.)

And the note evidences a loan to Borrower, and the Government, at any time, may assign the note and insure payment thereof pursuant to the Consolidated Farm and Rural Development Act, or Title V of the Housing Act of 1949, or any other statutes administered by the Farmers Home Administration;

And it is the purpose and intent of this instrument that, among other things, at all times when the note is held by the Government, or in the event the Government should assign this instrument without insurance of the note, this instrument shall secure payment of the note; but when the note is held by an insured holder, this instrument shall not secure payment of the note or attach to the debt evidenced thereby, but as to the note and such debt shall constitute an indemnity mortgage to secure the Government against loss under its insurance contract by reason of any default by Borrower;

And this instrument also secures the recapture of any interest credit or subsidy which may be granted to the Borrower by the Government pursuant to 42 U.S.C. §1490a.

NOW, THEREFORE, in consideration of the loan(s) and (a) at all times when the note is held by the Government, or in the event the Government should assign this instrument without insurance of the payment of the note, to secure prompt payment of the note and any renewals and extensions thereof and any agreements contained therein, including any provision for the payment of an insurance or other charge, (b) at all times when the note is held by an insured holder, to secure performance of Borrower's agreement herein to indemnify and save harmless the Government against loss under its insurance endorsement by reason of any default by Borrower, and (c) in any event and at all times to secure the prompt payment of all advances and expenditures made by the Government, with interest, as hereinafter described, and the performance of every covenant and agreement of Borrower contained herein or in any supplementary agreement, Borrower does hereby grant, convey, mortgage, assign and forever warrant unto the Government the following property situated in

Sturbridge, Worcester _____ County(ies), State of _____ Massachusetts

Lot #2 New Boston Road Plan Book **485** PLan **4** .

BEGINNING at an iron pipe at the northeast corner of tract herein described on the westerly side of New Boston Road:
THENCE S16° 16' 10'' W along W along the westerly side of New Boston Rd., a dis_-tance of 88.94 feet to a concrete bound:
THENCE S 22° 49' 53'' W along the westerly side of New Boston Road, a distance of 50.16 feet to a concrete bound

FmHA 427-1 MA (Rev. 10-21-80)



DETERMINING PAYOFF INCLUDING SUBSIDY RECAPTURE

---

Information To Be Supplied To The Inquiry Station

---

Name of Borrower:    curran,deborah              Account #: 25-19-16485218

```
Mo Day  Yr
 6   24  82   Approval Date Loan/Assumption
 9    1  89   Payoff Date
 0    0   0   Reamortization Date
 7   26  82   Date of Same Terms Assumption or Date Closed
```

Principal Amount of Same Terms Assumption:              0
Interest Credits Granted:                       33,920

---

Information To Be Received From The Inquiry Station

---

```
Unpaid Principal     :  41,152.49    Unpaid Interest:      140.93
Daily Accural        :     3.5233    Date Last Pay  :    7-23-89
Principal (Subsidy)  :  7,803.12     Ave. Int. Rate :      1.250
Principal (Note Rate):  1,080.73
```

---

Distribution of Funds.  (Divide sale proceeds as agreed in paragraph 6 of
     Subsidy Repayment Agreement).

---

```
 1.   Market value                                    118,000.00
 2.   (less) non-FmHA prior liens                          0.00
 3.   Balance                                        118,000.00
 4.   (less) Unpaid balance FmHA loans                41,293.42
 5.   Balance                                         76,706.58
 6.   (less) Sales expense                             1,000.00
 7.   Balance                                         75,706.58
 8.   (less) Principal paid at note rate               1,080.73
 9.   Balance                                         74,625.85
10.   (less) Principal reduction attributed to subsidy  7,803.12
11.   Balance                                         66,822.73
12.   (less) Original equity                               0.00
13.   Value appreciation                              66,822.73
```

---

Amount due FmHA.

---

If there is no value appreciation (line 13),
amount due FmHA is:                                         0.00

If there is value appreciation (line 13), complete formula:

```
          66,822.73                      0.66    44,103.00
   (A)   ------------        *          ---------------------
          Line 13                        Factor   =  Product

          44,103.00                      0.00       0.00
   (B)   ------------        *          ---------------------
          Product                   % Original Equity = Product

   (C)  Subtract line (B) from line (A)   44,103.00
```

The amount due FmHA is the total of lines 4, 10 and the lesser of interest
credits granted or the amount on line (C).                 83,016.54

# Centralized Servicing Center
## IRS Form 1098, Mortgage Interest Statement

*3M000438001* L1098NON

This is for information, this is not a bill.

| | | | |
|---|---|---|---|
| | ☐ **CORRECTED** (if checked) | | |

| RECIPIENT'S/LENDER'S name, address, and telephone number | * *Caution:* The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-0901 **1999** Form **1098** | Mortgage Interest Statement |
|---|---|---|---|

RURAL HOUSING SERVICE-CSC
1520 MARKET STREET
ST. LOUIS, MO  63103

| RECIPIENT'S Federal identification no. | PAYER'S social security number | 1. Mortgage interest received from payer(s)/borrower(s)* | Copy B |
|---|---|---|---|
| 431757456 | 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 | $ 54.83 | For Payer |

| PAYER'S/BORROWER'S name | 2. Points paid on purchase of principal residence (See **Box 2** on back) $ | The information in boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return. |
|---|---|---|

DEBORAH J CURRAN
223 NEW BOSTON RD
STURBRIDGE        MA 01566-1340

3. Refund of overpaid interest (See **Box 3** on back.) $

4.

Account number (optional)
0004797473

| Form **1098** | (Keep for your records.) | Department of the Treasury - Internal Revenue Service |
|---|---|---|

**YOU MAY CALL OUR CUSTOMER SERVICE CENTER AT 1-800-414-1226 WITH ANY QUESTIONS.**

**Webster First Federal Credit Union**
**One North Main St.**
**Webster, MA 01570**

Debra J Curran                    2231-9
223 New Boston Rd
Sturbridge, MA 01566-1340

IIIₕₕₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗ

☐ VOID   ☐ CORRECTED

| RECIPIENT'S/LENDER'S name, address, and telephone number | | OMB No. 1545-0901 | Mortgage Interest Statement |
|---|---|---|---|
| **Webster First Federal Credit Union One North Main St. Webster, MA 01570 (508) 943 1433 221** | | **1999** Form **1098** | |

| RECIPIENT'S Federal identification no. | PAYER'S social security number | 1 Mortgage interest received from payer(s)/borrower(s)* | Copy C |
|---|---|---|---|
| 041953450 | 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 | $ 1874.99 | **For Recipient** |
| PAYER/BORROWER **Debra J Curran 223 New Boston Rd Sturbridge, MA 01566-1340** | | 2 Points paid on purchase of principal residence $ | For Privacy Act and Paperwork Reduction Act Notice and instructions for completing this form, see the **1999 Instructions for Forms 1099, 1098, 5498, and W-2G.** |
| | | 3 Refund of overpaid interest $ | |
| | | 4 | |
| Account number (optional) 16485218-0520 | | | |

Form **1098**                                        Department of the Treasury - Internal Revenue Service

## Recipients/Lenders, Please Note

Specific information needed to complete this form and forms in the 1099 series is given in the **1999 Instructions for Forms 1099, 1098, 5498, and W-2G.** A chart in those instructions gives a quick guide to which form must be filed to report a particular payment. You can order those instructions and additional forms by calling 1-800-TAX-FORM (1-800-829-3676). You can also get forms and instructions from the IRS's Internet Web Site at **www.irs.ustreas.gov.**

**Due dates.** Furnish Copy B of this form to the recipient by January 31, 2000.
File Copy A of this form with the IRS by February 28, 2000. If you file electronically, the due date is March 31, 2000.

WORKSHEET FOR CALCULATING TOTAL INTEREST CREDIT GRANTED

| Effective Date of IC Agreement | | | Date IC Agreement Expired or Cancelled | | | Number of Months IC Agreement in Force | Interest Credit Granted per Month | Interest Credit Granted |
|---|---|---|---|---|---|---|---|---|
| Mon | Day | Yr | Mon | Day | Yr | | | |
| 11 | 26 | 82 | 11 | 26 | 84 | 24 | 420 | 10,080 |
| 11 | 26 | 84 | 11 | 26 | 85 | 12 | 420 | 5,040 |
| 11 | 26 | 85 | 11 | 26 | 86 | 12 | 420 | 5,040 |
| 11 | 26 | 86 | 11 | 26 | 87 | 12 | 420 | 5,040 |
| 11 | 26 | 87 | 11 | 26 | 88 | 12 | 420 | 5,040 |
| 11 | 26 | 88 | 9 | 1 | 89 | 10 | 368 | 3,680 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | Total | 33,920 |

 **United States Department of Agriculture**

**Rural Housing Service**
Centralized Servicing Center
P. O. Box 66531
St. Louis, MO 63166



DEBORAH J CURRAN                                    02/25/99
223 NEW BOSTON RD
STURBRIDGE          MA      01566-1340


**RE: Maximum Estimated Account Balance**
     Account Number  0004797473


Dear Homeowner:

Total Amount Due as of 02/25/99

| | | |
|---|---|---|
| $ | 14379.00 | Principal Balance |
| $ | 79.77 | Interest Balance |
| $ | 78646.31 | Total Subsidy Subject to Recapture* |
| $ | 0.00 | Fee Balance |
| $ | 0.00 | Late Charges |
| $ | 0.00 | Escrow Funds Due |
| $ | 93105.08 | Total Due |

*This figure represents the maximum amount of subsidy granted
over the life of the loan.

**DO NOT USE THIS MAXIMUM ESTIMATED ACCOUNT BALANCE FOR A PAYOFF.**

To enable us to provide an accurate payoff on this account,
please indicate below which of the following is applicable:

____ Selling or transferring the property.

____ Refinancing and paying loan in full, including interest
     credit recapture.  If subsidy recapture is paid in full,
     along with the final payment, a 25% discount on recapture
     will be computed in the final payoff.

____ Refinancing, but deferring payment of interest credit
     recapture.  (Borrower will continue to occupy the dwelling as
     permanent residence and retain title).

Please see next page for documentation required to calculate
subsidy recapture due.




Rural Development Agencies replace the Farmers Home Administration.
Rural Development Administration and the Rural Electrification Administration.
Rural Development Agencies are Equal Opportunity Lenders.  Complaints of
discrimination should be sent to : Secretary of Agriculture, Washington, D.C. 20250

*HZ000001701*  L9051704

**USDA**    **United States**                    **Rural Housing Service**
            **Department of**                    Centralized Servicing Center
            **Agriculture**                      P. O. Box 790301
                                                 St. Louis, MO 63179


DEBORAH J CURRAN                              02/26/01
223 NEW BOSTON RD
STURBRIDGE        MA        01566-1340


**RE: Maximum Estimated Account Balance**
     Account Number   0004797473


Dear Homeowner:

Total Amount Due as of 02/26/01

$         3150.14 Principal Balance
$           23.30 Interest Balance
$        83640.53 Total Subsidy Subject to Recapture*
$            0.00 Fee Balance
$            0.00 Late Charges
$            0.00 Escrow Funds Due
------------------ ----------------------------------
$        86813.97 Total Due

**\*This figure represents the maximum amount of subsidy granted
over the life of the loan.**

**DO NOT USE THIS MAXIMUM ESTIMATED ACCOUNT BALANCE FOR A PAYOFF.**

To enable us to provide an accurate payoff on this account,
please indicate below which of the following is applicable:

____  Selling or transferring the property.

____  Refinancing and paying loan in full, including interest
      credit recapture.  If subsidy recapture is paid in full,
      along with the final payment, a 25% discount on recapture
      will be computed in the final payoff.

____  Refinancing, but deferring payment of interest credit
      recapture.  (Borrower will continue to occupy the dwelling as
      permanent residence and retain title).

Please see next page for documentation required to calculate
subsidy recapture due.


    USDA is an Equal Opportunity Lender, Provider, and Employer.
                        Complaints of discrimination should be sent to: USDA, Director,
                        Office of Civil Rights, Washington, DC 20250-9410

*7H000002101* L9051704



**United States**
**Department of**
**Agriculture**

**Rural Housing Service**
Centralized Servicing Center
P. O. Box 790301
St. Louis, MO 63179

```
DEBORAH J CURRAN                              08/07/01
223 NEW BOSTON RD
STURBRIDGE          MA      01566-1340
```

**RE: Maximum Estimated Account Balance**
     Account Number  0004797473

Dear Homeowner:

Total Amount Due as of 08/07/01

```
$           416.59 Principal Balance
$             4.93 Interest Balance
$         84039.98 Total Subsidy Subject to Recapture*
$             0.00 Fee Balance
$             0.00 Late Charges
$             0.00 Escrow Funds Due
------------------ ----------------------------------
$         84461.50 Total Due
```

**\*This figure represents the maximum amount of subsidy granted**
 **over the life of the loan.**

**DO NOT USE THIS MAXIMUM ESTIMATED ACCOUNT BALANCE FOR A PAYOFF.**

To enable us to provide an accurate payoff on this account,
please indicate below which of the following is applicable:

____ Selling or transferring the property.

____ Refinancing and paying loan in full, including interest
     credit recapture.  If subsidy recapture is paid in full,
     along with the final payment, a 25% discount on recapture
     will be computed in the final payoff.

____ Refinancing, but deferring payment of interest credit
     recapture.  (Borrower will continue to occupy the dwelling as
     permanent residence and retain title).

Please see next page for documentation required to calculate
subsidy recapture due.



USDA is an Equal Opportunity Lender, Provider, and Employer.
Complaints of discrimination should be sent to: USDA, Director,
Office of Civil Rights, Washington, DC 20250-9410



*GH000001801* L90S1704

 **United States**
**Department of**
**Agriculture**

Rural Development | Rural Housing Service | Centralized Servicing Center | Cash Management
1520 Market Street
St. Louis, MO
63166

23 August, 2001

Deborah J. Curran
223 New Boston Rd.
Sturbridge, MA  01566-1340

**Re: Account #4797473**

Dear Homeowner,

CSC has received funds to pay the above mentioned account(s) in full, but subsidy recapture remains due. A recapture receivable account has been established for the maximum amount of subsidy granted over the life of the paid loan(s), which is $79,693.88. You have the following options:

**MAXIMUM SUBSIDY (PAY/DEFER)** If *refinancing* or paying from personal funds, pay the subsidy recapture **within 60 days of the date of this letter**, and receive a 25% discount on maximum recapture. If no response is received within 60 days, the recapture receivable account will remain as is.

When subsidy is deferred, the 25% discount is waived, you must continue to occupy the dwelling and hold title to the property. This account will not accrue interest nor are monthly payments required. If you sell the home or move from the home, the receivable account will be due to be paid in full. The release of lien will not be issued until the receivable is paid in full.

**FINAL CALCULATION OF SUBSIDY (PAY/DEFER)** *Obtaining an appraisal could possibly reduce total subsidy.* The amount of recapture to be collected can only be reduced based on the value appreciation formula if the Agency has an accurate assessment of market value from a sales contract, from an appraisal conducted by or for the Agency, or from an appraisal conducted by or for another lender. A broker's price opinion is not acceptable. Contact your local Rural Development Office if no appraisal was conducted for a lender. The appraisal must be received at the Centralized Servicing Center, no later than 60 days from the date of this letter. A final computation of subsidy recapture will be completed when the appraisal is received. In absence of the final subsidy calculation, the total amount of subsidy granted over the life of the loan will remain due. Please fax the appraisal, the settlement statement (if applicable), and a copy of this letter to the attention of Barbara Warzycki at (314) 206-2799.

If remaining in the home (refinancing/paying from personal funds) and paying the subsidy recapture within 60 days from the date of this letter, fax the required documents so that a final payoff calculation can be completed. The 25% discount will apply.

If deferring subsidy recapture, the final subsidy calculation will replace the established maximum receivable, and all other conditions regarding subsidy deferral described in paragraph two under Maximum Subsidy will apply.

Any questions regarding this letter should be directed to our Customer Service Department at (800) 414-1226. Please include a copy of this letter when you submit payment. Mail payment to:   USDA-RHS, PO Box 790301, St. Louis, MO 63101

Sincerely,

USDA- Rural Development
Loan Administration Branch
Cash Management Section-Payoffs

reaprcv.doc, rev 09/22/00 cw

**USDA is an Equal Opportunity Lender, Provider, and Employer. Complaints of discrimination should be sent to: USDA, Director, Office of Civil Rights, Washington, DC 20250-9410.**



| **USDA** | United States Department of Agriculture | Rural Development | Rural Housing Service | Centralized Servicing Center | PO Box 790301 St. Louis, MO 63179 |

September 25, 2001

Deborah J. Curran
223 New Boston Road
Sturbridge, MA  01565-1340

Fax (860) 779-2210

Re:  Account # 4797473

Dear Ms. Curran:

USDA – Rural Development has established a recapture receivable account in the amount of **$39,551.24,** which represents subsidy recapture.  The recapture amount was calculated based on the market value of your home.

If you wish to pay your recapture receivable account in full, will continue to occupy your home, do not transfer title **and** payment is received no later than **11/24/01**, the recapture receivable account balance will be discounted by 25%.  The discounted amount due is **$29,663.43.**  The 25% discount is a limited time offer and must be received by **11/24/01**.

You have the option to defer the payment of recapture as long as you occupy your home and title does not transfer.  A recapture receivable account does not accrue interest, and there are no monthly payments required.  The account balance is due and payable at such time that you no longer occupy your home or title is transferred.

When submitting funds for payoff, the payment must be in the form of a cashier's or bank check made payable to Rural Development.  If you submit a personal check the release of security documents will be delayed.

Payoff funds should be sent to the following address:

Overnight Delivery

       USDA-RHS
       Attn:  Government Lockbox, Tram 92-1
       P.O. Box 790301
       1005 Convention Plaza
       St. Louis, MO 63101

Regular Mail

       USDA-RHS (Wholesale Lockbox Only)
       P.O. Box 790301
       St. Louis, MO 63179

USDA Rural Development is an Equal Opportunity Lender, Provider, and Employer.
Complaints of discrimination should be sent to: USDA, Director, Office of Civil Rights,
Washington, DC  20250-9410

 **USDA** | United States Department of Agriculture | Rural Development | Rural Housing Service | Centralized Servicing Center | PO Box 790301 St. Louis, MO 63179

October 5, 2001

DEBORAH J CURRAN
223 NEW BOSTON RD
STURBRIDGE          MA 01566-1340

Account # 4797473

Dear: Homeowner,

USDA – Rural Development has established a recapture receivable account in the amount of **$32,163.47**, which represents subsidy recapture. The recapture amount was calculated based on the market value of your home.

If you wish to pay your recapture receivable account in full, will continue to occupy your home, do not transfer title **and** payment is received no later than **11/24/01**, the recapture receivable account balance will be discounted by 25%. The discounted amount due is **$24,122.60**. The 25% discount is a limited time offer and must be received by **11/24/01**.

You have the option to defer the payment of recapture as long as you occupy your home and title does not transfer. A recapture receivable account does not accrue interest, and there are no monthly payments required. The account balance is due and payable at such time that you no longer occupy your home or title is transferred.

When submitting funds for payoff, the payment must be in the form of a cashier's or bank check made payable to Rural Development. If you submit a personal check the release of security documents will be delayed.

Payoff funds should be sent to the following address:

Overnight Delivery

      USDA-RHS
      Attn:  Government Lockbox, Tram 92-1
      P.O. Box 790301
      1005 Convention Plaza
      St. Louis, MO 63101

Regular Mail

      USDA-RHS (Wholesale Lockbox Only)
      P.O. Box 790301
      St. Louis, MO 63179

USDA Rural Development is an Equal Opportunity Lender, Provider, and Employer. Complaints of discrimination should be sent to: USDA, Director, Office of Civil Rights, Washington, DC  20250-9410



# USDA

**Rural Housing Service**
**Centralized Servicing Center**

## MONTHLY BILLING STATEMENT

Statement Date: 08/10/2001



*THIS STATEMENT SHOWS YOUR PAYMENT STATUS AND SHOULD NOT BE CONSIDERED AS A PAYOFF QUOTE. TO MAKE AN INQUIRY REGARDING YOUR ACCOUNT SEE THE INFORMATION ON THE REVERSE SIDE. USE THE DETACHABLE COUPON TO MAKE YOUR NEXT PAYMENT.*

DEBORAH J CURRAN
223 NEW BOSTON RD
STURBRIDGE          MA 01566-1340

Payment Due:    $      421.28

Payment Due Date: 09/26/2001

Account Number(s):    4797473

## KEEP THIS PORTION OF THE BILLING STATEMENT FOR YOUR RECORDS

| NEXT PAYMENT DUE | | PAYMENT BREAKDOWN | | | |
|---|---|---|---|---|---|
| DATE * | AMOUNT | INTEREST & PRINCIPAL | ESCROW | FEES | UNPAID OR DELINQUENT AMOUNT |
| 09/26/2001 $ | 421.28 | $ 421.28 | $ 0.00 | $ 0.00 | $ 0.00 |

Special Messages:

| PRINCIPAL BALANCE | ESCROW BALANCE | INTEREST PAID YTD | UNAPPLIED BALANCE ** |
|---|---|---|---|
| $ 416.59 | $ 0.00 | $ 215.35 | $ 421.28 |

**\*\* UNAPPLIED BALANCE is not reflected in the NEXT PAYMENT DUE AMOUNT.**

## DETACH AND MAIL THIS COUPON WITH YOUR PAYMENT FOR PROPER POSTING

**Payment Due Date:** 09/26/2001
*(Allow 7 days for mailing time)*

DEBORAH J CURRAN
223 NEW BOSTON RD
STURBRIDGE          MA 01566-1340

Please specify additional funds here; excess funds not specified will be applied to principal.

Payment Due          $ _____421.28

Additional Principal  $ _____

Late Charge Due       $ _____

Total Amount Enclosed $ _____

Account Number:    4797473

**MAIL TO:**

**USDA - RHS**
PO BOX 371419
PITTSBURGH, PA 15250-7419

**Place an 'X' in the Box if you have made a change on the reverse side of the coupon.** ☐

0042128000479747300421283