UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>          Plaintiff,    )<br>                          )<br>      v.                  )<br>                          )<br> DEBRA J. CURRAN,          )<br>          Defendant.     )<br>_____) | Civil Action No. 03-40252-FDS |

**ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE**

   The parties in the above-captioned matter respectfully request that this Court continue the Scheduling Conference set for Friday, July 30, 2004, at 3:00 PM, to Friday September 3, 2004 or a later date more convenient to the Court.  As reason therefore, the parties state that there is a strong possibility that this matter may be resolved short of litigation.  The parties are scheduled to meet on August 23, 2004, to go over documentation concerning the mortgage at issue.  The parties believe that a resolution may be reached at this meeting.

   The defendant has assented to this motion.

                              Respectfully submitted,

                              UNITED STATES OF AMERICA
                              By its attorney,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /S/ Christopher R. Donato
                              Christopher R. Donato
                              Assistant U.S. Attorney
                              U.S. Attorney's Office
                              John Joseph Moakley Courthouse
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3303

**CERTIFICATE OF SERVICE**

    I certify that on this day a true copy of the above document was served by first class mail, postage prepaid, upon the *pro se* defendant:

Debra Curran
223 New Boston Road
Sturbridge, MA 01566


Dated: July 28, 2004                    /S/ Christopher R. Doneto
                                        Christopher R. Donato
                                        Assistant U.S. Attorney