UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>v.<br><br>DEBRA J. CURRAN,<br>      Defendant. | Civil Action No. 03-40252-FDS |

### AGREEMENT FOR JUDGMENT

The plaintiff, the United States of America, and the defendant, Debra J. Curran, hereby agree to entry of judgment against the defendant under the conditions set forth in the Complaint for Reinstatement of Mortgage filed by the plaintiff in this matter. More specifically, the parties agree that the promissory note dated July 26, 1982 and the real estate mortgage dated July 26, 1982 and recorded in Book 7518, Page 66 are reinstated and that the Discharge of Real Estate Mortgage dated September 26, 2001 is nullified.

FOR THE PLAINTIFF:
UNITED STATES OF AMERICA

By its attorney,
MICHAEL J. SULLIVAN
United States Attorney

_/s/ Christopher R. Donato_
Christopher R. Donato
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303

Dated: 8/23/04

FOR THE DEFENDANT:
DEBRA J. CURRAN

_/s/ Debra J. Curran_
Debra J. Curran
223 New Boston Road
Sturbridge, MA 01566
(508) 347-5997

Dated: August 23, 2004